UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAVEN'S LANDING d/b/a DR. NATURE RX, LLC, HEMPED NYC, LLC, HIDDEN HEMP CORP., HEMPED NYC ON ORCHARD, LLC, GASKO & MEYER INC., SARENE CRAFT BEER DISTRIBUTORS, WINDY HILL 312 LLC d/b/a WINDY HILL CBD, NORTH FORK DISTRIBUTION, INC, d/b/a CYCLING FROG LLC, AND THE GREEN ROOM, REBEL RABBIT

Petitioners,

v.

NEW YORK STATE CANNABIS CONTROL BOARD, NEW YORK STATE OFFICE OF CANNABIS MANAGEMENT, TREMAINE WRIGHT, in her official capacity as the Chairwoman of the New York State Cannabis Control Board, and CHRIS ALEXANDER, in his official capacity as Executive Director of the New York State Office of Cannabis Management,

Respondent(s).

**Index No:** 24-CV-01581 (MKV) (BCM)

**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**

---

Upon the declarations of Asaf Kampf, Elliot Breslav, Holly Harris, Michael Papazoglou, Joseph Grabowski, Dylan Summers, Pierce Wylie, and Buce Nober, and upon the Petition filed on March 1, 2024, (Dkt. No. 1), it is;

ORDERED, that the above named Respondents show cause before a motion term of this Court, at Room _____, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on _____ ____, _____, at _____ o'clock in the _____noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the Respondents during the pendency of this action

from issuing, implementing and/or enforcing the regulations identified as 9 NYCRR § 114, adopted on November 17, 2023, and precluding Respondents from conducting unreasonable searches and seizures in violation of Petitioners' Fourth Amendment rights; and it is further;

ORDERED that service of a copy of this order and annexed decelerations upon Respondents or their counsel on or before _____ o'clock in the _____ noon via _____service _____, _____, shall be deemed good and sufficient service thereof.

DATED: New York, New York

ISSUED: _____

SO ORDERED:

_____